JANE HIGGINS, as Administratrix, etc., Respondent, *v.* THE VILLAGE OF GLENS FALLS, Appellant.

(Argued March 12, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 25, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Richard L. Hand* for appellant.

*J. S. L'Amoreaux* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____